1    Gretchen M. Nelson, CSB #112566
2    Email:  gnelson@kreindler.com
     KREINDLER & KREINDLER
3    707 Wilshire Boulevard, Suite 4100
4    Los Angeles, California  90017
     Telephone:  (213) 622-6469
5    Facsimile:  (213) 622-6019

6

7    [Additional counsel appearing on signature page]

8    *Attorneys for Plaintiff*

# DENIED
## BY ORDER OF THE COURT

9         UNITED STATES DISTRICT COURT
10       FOR THE CENTRAL DISTRICT OF CALIFORNIA

11   PAUL GANNON, individually and on
12   behalf of all others similarly situated,

             NO. 2:12-cv-09777-RGK-PJW
13         Plaintiff,

14      v.          **[PROPOSED] ORDER
                  GRANTING STAY OF ACTION
15   NETWORK TELEPHONE SERVICES,  PENDING THE OUTCOME OF
16   INC., a California corporation; DECADE  PLAINTIFF'S PETITION FOR
     COMMUNICATIONS, INC., a       PERMISSION TO APPEAL AND,
17   California corporation; FRONTIER    IF GRANTED, PLAINTIFF'S
18   CREDIT, INC., a California corporation; APPEAL
     AMERICAN OPERATOR SERVICES,
19   INC., a California corporation; JOSEPH  Hon. R. Gary Klausner
20   PRESTON, individually; and GARY
     PASSON, individually,         Complaint filed: November 15, 2012
21

22         Defendants.

23

24

25

26

27   [PROPOSED] ORDER GRANTING STAY OF ACTION
28   PENDING THE OUTCOME OF PLAINTIFF'S PETITION FOR
     PERMISSION TO APPEAL AND, IF GRANTED, PLAINTIFF'S
     APPEAL - 1

The Court, having reviewed the Joint Stipulation to Stay Entire Action Pending the Outcome of Plaintiff's Petition for Permission to Appeal, hereby finds good cause and ORDERS that:

1. ~~This matter is hereby stayed pending the Court of Appeals' consideration and decision regarding Plaintiff's Petition for Permission to Appeal From Order Denying Class Certification (the "Rule 23(f) Petition") filed on June 19, 2013 and, if the Rule 23(f) Petition is granted, pending resolution of the appeal.~~

2. ~~If the Rule 23(f) Petition is denied, the discovery cut-off (September 11, 2013), motion cut-off (September 25, 2013), Pretrial Conference (November 25, 2013) and jury trial (December 10, 2013) shall be continued so that the earliest of such dates shall occur no sooner than thirty (30) days after such denial. If the Rule 23(f) Petition is granted, the Court shall set a scheduling conference to discuss future dates.~~

THE STIPULATION IS DENIED.

IT IS SO ORDERED.

Dated this 23rd day of August, 2013.

_____

UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER GRANTING STAY OF ACTION
PENDING THE OUTCOME OF PLAINTIFF'S PETITION FOR
PERMISSION TO APPEAL AND, IF GRANTED, PLAINTIFF'S
APPEAL - 2

Presented by:

TERRELL MARSHALL DAUDT
  & WILLIE PLLC


By:   /s/ Michael D. Daudt, CSB #161575

  Beth E. Terrell, CSB #178181
  Email: bterrell@tmdwlaw.com
  Michael D. Daudt, CSB #161575
  Email:  mdaudt@tmdwlaw.com
  936 North 34th Street, Suite 400
  Seattle, Washington  98103-8869
  Telephone:  (206) 816-6603
  Facsimile:  (206) 350-3528

  Stefan Coleman, *Admitted Pro Hac Vice*
  Email: law@stefancoleman.com
  LAW OFFICES OF STEFAN COLEMAN
  201 South Biscayne Boulevard, 28th Floor
  Miami, Florida  33131
  Telephone: (877) 333-9427
  Facsimile: (888) 498-8946

  Gretchen M. Nelson, CSB #112566
  Email:  gnelson@kreindler.com
  KREINDLER & KREINDLER
  707 Wilshire Boulevard, Suite 4100
  Los Angeles, California  90017
  Telephone:  (213) 622-6469
  Facsimile:  (213) 622-6019

*Attorneys for Plaintiff*

[PROPOSED] ORDER GRANTING STAY OF ACTION
PENDING THE OUTCOME OF PLAINTIFF'S PETITION FOR
PERMISSION TO APPEAL AND, IF GRANTED, PLAINTIFF'S
APPEAL - 3

1

MANATT, PHELPS & PHILLIPS, LLP

2

3

By:  Adrianne E. Marshack, CSB #253682

4

        Robert H. Platt, CSB #108533
        E-mail:  rplatt@manatt.com

5

        Adrianne E. Marshack, CSB #253682
        E-mail:  amarshack@manatt.com

6

        11355 West Olympic Boulevard

7

        Los Angeles, California  90064-1614
        Telephone:  (310) 312-4000

8

        Facsimile:  (310) 312-4224

9

*Attorneys for Defendants*

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER GRANTING STAY OF ACTION
PENDING THE OUTCOME OF PLAINTIFF'S PETITION FOR
PERMISSION TO APPEAL AND, IF GRANTED, PLAINTIFF'S
APPEAL - 4

## CERTIFICATE OF SERVICE

I, Michael D. Daudt, hereby certify that on August 23, 2013, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

> Robert H. Platt, CSB #108533
> E-mail:  rplatt@manatt.com
> Adrianne E. Marshack, CSB #253682
> E-mail:  amarshack@manatt.com
> MANATT, PHELPS & PHILLIPS, LLP
> 11355 West Olympic Boulevard
> Los Angeles, California  90064-1614
> Telephone:  (310) 312-4000
> Facsimile:  (310) 312-4224
>
> *Attorneys for Defendants*

DATED this 23rd day of August, 2013.

> TERRELL MARSHALL DAUDT
> & WILLIE PLLC
>
>
> By:  _/s/ Michael D. Daudt, CSB #161575___
> Michael D. Daudt, CSB #161575
> Email: bterrell@tmdwlaw.com
> 936 North 34th Street, Suite 300
> Seattle, Washington  98103-8869
> Telephone:  (206) 816-6603
> Facsimile:  (206) 350-3528
>
> *Attorneys for Plaintiff*

[PROPOSED] ORDER GRANTING STAY OF ACTION
PENDING THE OUTCOME OF PLAINTIFF'S PETITION FOR
PERMISSION TO APPEAL AND, IF GRANTED, PLAINTIFF'S
APPEAL - 5