Gretchen M. Nelson, CSB #112566
Email: gnelson@kreindler.com
KREINDLER & KREINDLER
707 Wilshire Boulevard, Suite 4100
Los Angeles, California 90017
Telephone: (213) 622-6469
Facsimile: (213) 622-6019

[Additional counsel appearing on signature page]

*Attorneys for Plaintiff*

JS-6

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL GANNON, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>NETWORK TELEPHONE SERVICES, INC., a California corporation; DECADE COMMUNICATIONS, INC., a California corporation; FRONTIER CREDIT, INC., a California corporation; AMERICAN OPERATOR SERVICES, INC., a California corporation; JOSEPH PRESTON, individually; and GARY PASSON, individually,<br><br>Defendants. | NO. 2:12-cv-09777-RGK-PJWx<br><br>**[PROPOSED] ORDER DISMISSING PLAINTIFF'S INDIVIDUAL CLAIM AND ENTERING JUDGMENT FOLLOWING DENIAL OF CLASS CERTIFICATION**<br><br>Hon. R. Gary Klausner |

The Court, having reviewed the Joint Stipulation to Dismiss Plaintiff's Individual Claim, Preserve Plaintiff's Appellate Rights to Act as Class Representative, and Enter Final Judgment, hereby finds good cause and ORDERS that:

[PROPOSED] ORDER DISMISSING PLAINTIFF'S
INDIVIDUAL CLAIM AND ENTERING JUDGMENT
FOLLOWING DENIAL OF CLASS CERTIFICATION - 1

1. Plaintiff's individual claim asserted in this action be dismissed with prejudice under FRCP 41;

2. Said dismissal of Plaintiff's individual claim is not intended or meant to deprive Plaintiff of the right to pursue any appellate remedies relating to the District Court's denial of class certification or to serve as class representative if the denial of certification is reversed on appeal; and

3. The District Court having denied class certification, and Plaintiff and Defendant having resolved Plaintiff's individual claims, judgment be otherwise entered finally disposing of all issues in this case at the District Court level with each side to bear their own attorneys' fees and costs consistent with the terms of the conditional waivers spelled out in the Joint Stipulation.

IT IS SO ORDERED.

Dated this 16th day of September, 2013.

_____
UNITED STATES DISTRICT JUDGE

Presented by:

TERRELL MARSHALL DAUDT
 & WILLIE PLLC


By:  /s/ Michael D. Daudt, CSB #161575
    Beth E. Terrell, CSB #178181
    Email: bterrell@tmdwlaw.com
    Michael D. Daudt, CSB #161575
    Email: mdaudt@tmdwlaw.com
    936 North 34th Street, Suite 400
    Seattle, Washington  98103-8869
    Telephone:  (206) 816-6603
    Facsimile:  (206) 350-3528

[PROPOSED] ORDER DISMISSING PLAINTIFF'S
INDIVIDUAL CLAIM AND ENTERING JUDGMENT
FOLLOWING DENIAL OF CLASS CERTIFICATION - 2

Stefan Coleman, *Admitted Pro Hac Vice*
Email: law@stefancoleman.com
LAW OFFICES OF STEFAN COLEMAN
201 South Biscayne Boulevard, 28th Floor
Miami, Florida 33131
Telephone: (877) 333-9427
Facsimile: (888) 498-8946

Gretchen M. Nelson, CSB #112566
Email: gnelson@kreindler.com
KREINDLER & KREINDLER
707 Wilshire Boulevard, Suite 4100
Los Angeles, California 90017
Telephone: (213) 622-6469
Facsimile: (213) 622-6019

*Attorneys for Plaintiff*

MANATT, PHELPS & PHILLIPS, LLP


By:   Adrianne E. Marshack, CSB #253682
     Robert H. Platt, CSB #108533
     E-mail: rplatt@manatt.com
     Adrianne E. Marshack, CSB #253682
     E-mail: amarshack@manatt.com
     11355 West Olympic Boulevard
     Los Angeles, California 90064-1614
     Telephone: (310) 312-4000
     Facsimile: (310) 312-4224

*Attorneys for Defendants*

[PROPOSED] ORDER DISMISSING PLAINTIFF'S INDIVIDUAL CLAIM AND ENTERING JUDGMENT FOLLOWING DENIAL OF CLASS CERTIFICATION - 3